UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

   - v. -                              :    INDICTMENT

PATRICK SMITH,                       :    07 Cr.
              Defendant.

                                07 CRIM. 671
- - - - - - - - - - - - - - - - - - - - x

[Stamp: JUDGE PATTERSON]

      The Grand Jury charges:

      On or about May 25, 2007, in the Southern District of New York, PATRICK SMITH, the defendant, unlawfully, willfully, and knowingly did make a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, SMITH submitted an application for a United States passport in which he submitted a fraudulent birth certificate and falsely represented that he was born in Detroit, Michigan.

      (Title 18, United States Code, Section 1542.)


_____          _____
FOREPERSON                               MICHAEL J. GARCIA
                                       United States Attorney

JUL 2 3 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

PATRICK SMITH,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 1542)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

7/23/07 Fld Ind Part 11-1-87 A/w ordered This case to Assigned to Judge Patterson for All purposes

May Judge Patterson