U.S. Department of Justice

United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007



October 2, 2007

Honorable Robert P. Patterson (By FAX)
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  United States v. Patrick Smith
     07 Cr. 671 (RPP)

Dear Judge Patterson:

   The Court scheduled a status conference in the above-captioned case for today, October 2, 2007, at 4:00 p.m. The defendant cannot be produced for today's conference. The Government respectfully requests that the status conference be rescheduled for tomorrow, October 3, 2007, at 4:00 p.m.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                        By:   _____
                              RANDALL W. JACKSON
                              Assistant United States Attorney
                              Tel: (212) 637-1029
                              Fax: (212) 637-2937

cc:  Morty Katz, Esq. (by facsimile)
     132 Nassau St., Suite 900
     New York, NY 10038
     (212) 267-6019
     Fax: (212) 619-2340

So Ordered
Robert P. Patterson
USDJ
10/2/07

TOTAL P.02